

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,413-01

### EX PARTE MITCHELL EDWARD TEMPLETON JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 20120D05281-34-1 IN THE 34TH DISTRICT COURT FROM EL PASO COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of two counts of aggravated sexual assault and one count of aggravated kidnapping. He was sentenced to life imprisonment for each count. The Eighth Court of Appeals affirmed his aggravated kidnapping conviction. *Templeton v. State*, No. 08-16-00018-CR (Tex. App.—El Paso Apr. 24, 2019) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that appellate counsel was ineffective because he waived appeal on the two aggravated sexual assault convictions without Applicant's consent. Applicant has alleged facts that, if true, might entitle him to relief. Accordingly, the record should

be developed. The trial court is the appropriate forum for findings of fact. Tᴇx. Cᴏᴅᴇ Cʀɪᴍ. Pʀᴏᴄ. art. 11.07, § 3(d). The trial court shall order appellate counsel to respond to Applicant's claim. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* Tᴇx. Cᴏᴅᴇ Cʀɪᴍ. Pʀᴏᴄ. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law as to whether appellate counsel's performance was deficient and whether Applicant would have pursued appeal of his aggravated sexual assault convictions but for appellate counsel. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claim.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* Tᴇx. R. Aᴘᴘ. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: October 7, 2020
Do not publish